**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                              **CASE NO.: 22-19892-RAM**
                                                                                         **CHAPTER 13**
**FRANCISCA RAUDALES**

_____**Debtor. /**

## OBJECTION TO CLAIMS ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(8)(2).**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(8)(2), the debtor objects to the following claim filed in this case*:

| Claim No. | Claimant | Amount | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 4 Notice of Postpetition Mortgage Fees, Expenses, Charges | U.S. Bank Trust National Association, as Trustee of the Chalet Series Iv Trust c/o: SN Servicing Corporation | $2,170.00 | Attorney for creditor has filed two separate Notices of Postpetition Mortgage Fees, Expenses and Charges totaling $2,170.00. According to Bankruptcy Rule 3002.1, L.R. 3002.1-1, the Safe Harbor amount for Secured Creditor fees is limited to $525.00, which must include:  • Preparing and filing a proof of claim on behalf of a secured creditor (inclusive of a 410A pay history as part of the claim).  • A secured creditor attorney's review of a debtor's chapter 13 plan inclusive of any review necessary for all amended plans filed prior to confirmation.  • Monitoring the case for any pleading and/or activity that may impact a secured creditor's claim prior to confirmation. • Any objection that may be necessary to protect the secured creditor's claim prior to confirmation. Therefore, as is, this Notice of Postpetition Mortgage Fees, Expenses and Charges should be limited to $525.00 and any other amounts should be STRIKEN and DISALLOWED. |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

Submitted by,

Aimee Melich Law, P.A.
*Attorney for Debtor*
7480 Bird Road #660
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

By: ***/s/Aimee Melich, Esq.***
   Aimee Melich, Esq./FBN.: 95066